Case 3:15-cv-00076-CAR-CHW Document Filed 03/03/15 Page 1 of 1
RECEIVED IN CHAMBERS
U.S.D.C.

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR - 3 2015

JAMES N. HATTEN, Clerk

By: Deputy Clerk

FEB 2-17-15
JAMES N. HATTEN, Clerk
By:

1:15 - CV - 0616

CAI

my name is Larry James 83179 Im writing you
Because I was injured while I was incarcerated
at Frank Schot State poison. I was working on
outside detail we were at howard building
working there were 18 inmates and two
officers in the elevator, the elevator Fell from
The Second floor to the basement this happen
January 12. 1990 I had a Lawer but the georgia
department of corrections bought the Lawer
out from up under me. in 1997 I filed a Law
Suit myself against Georgia Department of
Corrections. they Jump on me and put me in the
Hole for over a year. in year 2000 I had a back
Surgery and in year 2002 I had another back
Surgery now I need another surgery because
my back is hurting real bad. I would like for
you to appoint me a Lawer on this matter.
because I dont have no family to help me. I
fel like my constatutional Rigths have been violated.
I would like to hear from someone Soon.
Thank you.

Larry W James
83179